# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Christopher Peterson, *individually and on behalf of those similarly situated*, | Case No. 21-CV-1459 (SRN/BRT) |
| Plaintiff, | |
| v. | **ORDER** |
| Credit Plus, Inc., | |
| Defendant. | |

This matter is before the Court upon the Stipulation of Dismissal filed by the parties [Doc. No. 16]. Based on the Stipulation,

IT IS ORDERED that this action is hereby dismissed, without prejudice and without an award of fees or costs to either party.

Dated: November 1, 2021

s/Susan Richard Nelson<br>
SUSAN RICHARD NELSON<br>
United States District Judge